UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JUDI PATRIZI, | ) | 1:09CV2830 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE LESLEY WELLS |
| v. | ) | (Mag. Judge McHargh) |
| | ) | |
| SCOTT W. HUFF, et al., | ) | |
| | ) | |
| Defendants. | ) | MEMORANDUM |
| | ) | <u>AND ORDER</u> |

McHARGH, MAG. J.

    Before the Court is plaintiff Judi Patrizi's motion for oral argument (doc. 38), and defendants' opposition to same (doc. 39). As is apparent from the briefs filed in connection with the pending motion for summary judgment, referred to the undersigned for a Report and Recommendation, counsel for the parties are clearly aware of the well established standards that guide the court's review of such motions.

    Nevertheless, the request for and opposition to oral argument each appear to encourage the court to consider after-the-fact characterizations of what the participants really meant or were thinking; with each side also accusing the other of misstating the evidence. In any event, without foreclosing the possibility in the future altogether, given the significant issues raised by the allegations in this case, the court does not find oral argument along the lines requested would be useful.

Therefore, the motion (doc. 38) is DENIED.

IT IS SO ORDERED.

Dated:  Mar. 1, 2011                              /s/ Kenneth S. McHargh
                                                              Kenneth S. McHargh
                                                              United States Magistrate Judge